When cash is mailed to us in advance
20 per cent discount

RENEWALS not prepaid (per mo. $1.25).......$15.00

No discount allowed after expiration date

**THE LAW ABSTRACT COMPANY**

Office, Editorial Rooms and Library, 13916 Euclid Ave.
Cleveland, O.

Address all mail communications to P. O. Box 2455,
Cleveland, O.

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their application is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

# SYLLABI

No. 19852—Ludwig Hommel & Co. v. The Incorporated Village of Woodsfield, Ohio. Error to the Court of Appeals of Monroe County.

**797. MUNICIPAL CORPORATIONS—**Under Sec. 4328 and 4361 GC. limiting the amount to be purchased by a village under the board of public affairs to $500 without a valid ordinance being passed by council who must make a contract with the lowest and best bidder after advertisement for bids not more than four or less than two weeks in paper of general circulation in the village ommission of either imposes no vaild obligation upon the village.

ALLEN, J.

1. Under Sections 4328 and 4361 of the General Code, the board of public affairs of a village may not make any contract or purchase of supplies or material for any work under the supervision of the board of public affairs involving more than $500 unless such expenditure is first authorized and directed by ordinance of council, and unless after such authorization and direction the board of public affairs of the village has made a written contract with the lowest and best bidder after advertisement for not less than two or more than four consecutive weeks in a newspaper of general circulation within the village.

2. When either the requirement of authorization and direction by ordinance of council or of advertisement for bids has been omitted, such contract imposes no valid obligation upon the village.

Judgment affirmed.

Marshall, CJ., Day, Kinkade, Robinson, Jones and Matthias, JJ., concur.